UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD MAQUINALES, | ) | 1:08-cv-00310-LJ0-SMS |
| | ) | |
| Plaintiff, | ) | ORDER TRANSFERRING CASE TO THE |
| | ) | CENTRAL DISTRICT OF CALIFORNIA |
| v. | ) | |
| | ) | |
| SAN BERNARDINO CITY POLICE ENTITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Plaintiff is a state prisoner who is proceeding pro se with an action concerning alleged police misconduct that was suffered by Plaintiff in San Bernardino County, California. The defendants named are police officers and entities located in San Bernardino County, California. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   The basis for subject matter jurisdiction in this Court is unclear. However, with respect to venue, the federal venue statute generally requires that a civil action, whether based only on diversity of citizenship or on other grounds, be brought

1

1  only in "(1) a judicial district where any defendant resides, if
2  all defendants reside in the same state, or (2) a judicial
3  district in which a substantial part of the events or omissions
4  giving rise to the claim occurred, or a substantial part of the
5  property that is the subject of the action is situated." 28
6  U.S.C. § 1391(a), (b). If there is no district in which the
7  action may otherwise be brought, a civil action may be brought in
8  a judicial district in which any defendant is otherwise subject
9  to personal jurisdiction or may be found. § 1391(a),(b).
10       In this case, none of the defendants appears to reside in
11 this district. The claim arose in San Bernardino County, which is
12 in the Central District of California. Therefore, Plaintiff's
13 claim should have been filed in the United States District Court
14 for the Central District of California. In the interest of
15 justice, a federal court may transfer a complaint filed in the
16 wrong district to the correct district. See 28 U.S.C. § 1406(a);
17 Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
18       Accordingly, IT IS HEREBY ORDERED that this matter is
19 transferred to the United States District Court for the Central
20 District of California.
21
22 IT IS SO ORDERED.
23 **Dated:   March 10, 2008**            **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE